UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                              CASE NO. 08-23438
                                                    CHAPTER 13
BILLIE ROBERTS
TONIE L ROBERTS                                     JUDGE JACK B SCHMETTERER

    DEBTORS                                         **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** JPMORGAN CHASE

---

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 8 | 13 | 4181   163RD | $347.26 | $200.00 | $200.00 |
| Total Amount Paid by Trustee | | | | | $200.00 |

---

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit          **X** Direct by the Debtors

---

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 08-23438

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 5th day of November, 2013.

Debtor:
BILLIE ROBERTS
TONIE L ROBERTS
1118 E 163RD ST
SOUTH HOLLAND, IL  60473

Attorney:
ZALUTSKY & PINSKI LTD
20 N CLARK ST # 600
CHICAGO, IL  60602
via Clerk's ECF noticing procedures

Mortgage Creditor:
AMERICA'S SERVICING COMPANY
3476 STATEVILLE BOULEVARD
FORT MILL, SC  29715

Mortgage Creditor:
INDYMAC BANK
7700 W PARMER LN
BLDG D 2ND FL
AUSTIN, TX  78729

Creditor:
JPMORGAN CHASE
7255 BAYMEADOWS WAY
MAIL STOP JAXB2007
JACKSONVILLE, FL  32256

Mortgage Creditor:
JPMORGAN CHASE
7255 BAYMEADOWS WAY
MAIL STOP JAXB2007
JACKSONVILLE, FL  32256

Mortgage Creditor:
WASHINGTON MUTUAL
7255 BAYMEADOWS WAY
MAILSTOP JAXB2007
JACKSONVILLE, FL  32256

Mortgage Creditor:
LITTON LOAN SERVICING LP
% MCCALLA RAYMER
1544 OLD ALABAMA RD
ROSWELL, GA  30076

Mortgage Creditor:
AMERICAS SERVICING COMPANY
% CODILIS & ASSOC
15W030 N FRONTAGE RD #100
BURR RIDGE, IL  60527

Mortgage Creditor:
LITTON LOAN SERVICING
PO BOX 829009
DALLAS, TX  75382-9009

ELECTRONIC SERVICE - United States Trustee

Date:  November 05, 2013

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL  60603